

**CRIME**

# Former horsemen's association director sentenced to almost four years in prison

Updated 1 mo ago;
Posted 7 yrs ago

0 shares

**By Gordon Russell, NOLA.com | The Times-Picayune**

Unmoved by his tearful plea for leniency, U.S. District Judge Eldon Fallon on Thursday sentenced Sean Alfortish to 46 months in prison for conspiring to rig the elections of the Louisiana Horsemen's Benevolent and Protective Association and then helping himself to money controlled by the agency. The sentence was at the top of the recommended range under federal guidelines, though Alfortish faced up to five years under the law. Fallon also ordered Alfortish to pay $105,105 in restitution to the horsemen's group, and to report to prison on April 2.


Sean Alfortish

Fallon said he would recommend that Alfortish serve his term at a federal prison camp in Pensacola, Fla., so it will be easier for his family to visit him.

Exhibit F

In pleading guilty, Alfortish admitted he created a scheme to get re-elected as the head of the horsemen's group in 2008 after his first term as president was marred by charges of financial mismanagement. The group takes a 6 percent cut of the purses at Louisiana's four racetracks.

Thanks to a raft of falsified ballots, Alfortish won re-election and a slate of his hand-picked candidates were elected to the board. Alfortish admitted using the association's medical benefits trust fund for personal expenses and settling a sexual harassment grievance for $25,000, then reimbursing himself and calling it "back pay."

P.J. Stakelum III, a lawyer for the horsemen's group, encouraged Fallon to require Alfortish to pay back hundreds of thousands of dollars to the horsemen, saying the group is struggling because of his mismanagement. But Fallon found that while some of Alfortish's fiscal practices were suspect, only $105,105 had been clearly misspent.

Before Fallon imposed the sentence, Alfortish delivered a lengthy soliloquy, his voice cracking repeatedly as he tried to maintain his composure before a courtroom packed with relatives and supporters.

He was at turns self-pitying and remorseful, saying that his words and actions have repeatedly been taken out of context and that he took the helm of the horsemen's group only so that he could help the people who worked there.

Alfortish, who formerly served as a magistrate judge in Kenner, said he chose his career as a lawyer so that he could "fight for people. I didn't do it for money. I didn't do it for recognition."

He complained that he had been "ridiculed" and had his "reputation trashed" while a "public execution" played out. And he pleaded with Fallon not to tear his family apart, saying he had never spent a night apart from his 8-year-old daughter.

"I ask you to look at my life as a whole," he said. "I beg you for leniency. That's all I have left now."

But the judge -- much as when he sentenced City Hall tech vendor Mark St. Pierre last year -- said that Alfortish's strong support network and high educational attainment made him that much more of a disappointment.

Most defendants, he said, have little education and few prospects, and they enter the courtroom alone, save for a lawyer.

"That's no excuse -- they shouldn't violate the law," Fallon said. "But I understand when an individual has been kicked around by society.

"You are a lawyer and you sit as a magistrate judge. Society has a right to expect more of you, not less. You should be a role model."

An ill-advised letter Alfortish recently mailed to supporters did not appear to affect Fallon's judgment. The letter, sent to friends, said Alfortish was "not guilty of the many things which were said about me," and claimed he took a plea deal with the government because it was in the best interest of his daughter.

Prosecutors, learning of the letter, invited Alfortish to withdraw his guilty plea. But Alfortish declined, and his lawyer filed a motion saying his client was simply venting his frustrations.

Fallon mentioned the letter and asked Alfortish directly: "Are you pleading guilty because you are in fact guilty?"

"Yes, sir," Alfortish replied.

*Gordon Russell can be reached at* grussell@timespicayune.com *or 504.826.3347.*

View Comments



Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2019 NOLA Media Group. All rights reserved (**About Us**).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of NOLA Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site.

Ad Choices